

**Law Offices Of**
# ANDREW D. PRESBERG, P.C.
**Attorneys And Counsellors At Law**

INTERNET:
www.presberg.com

100 Corporate Plaza, Suite B102
Islandia, NY 11749

(631) 232-4444
FACSIMILE:
(631) 232-2603

September 4, 2015

Hon. Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Room 820
Central Islip, New York  11722

      Re:    Mendoza, Doris
               v. Lainesita Restaurant Corp., et al.
               Index No. 12 CV 4188 (DRH)(AYS)

Dear Judge Shields:

      In accordance with the Court's Minute Order of August 11, 2015, and subsequent Order of August 19, 2015, extending the time by which the parties are to notify the Court of the trial readiness of this matter until September 10, 2015, please be advised that we have received the outstanding authorizations and the matter is now ready for trial.

      Should you require any additional information, please do not hesitate to contact the undersigned.  Thank you for your continued courtesy and cooperation herein.

                            Respectfully submitted,
                            LAW OFFICES OF
                            ANDREW PRESBERG, P.C.

                            KEVIN J. FOREMAN

KJF:sef
cc:    Patricia L. Boland, Esq. (via ECF)