UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DORIS MENDOZA, on behalf of herself and
all others similarly situated,

                      Plaintiff,

-against-

LAINESITA RESTAURANT CORP. d/b/a MI
TIERRITA RESTAURANT, MARCO.T.CORP. d/b/a
MI TIERRITA RESTAURANT, FENICIA RESTAURANT
CORP. d/b/a MI TIERRITA RESTAURANT, STEFITA
CORPORATION d/b/a MI TIERRITA RESTAURANT,
EDUARDO PABON, FERNANDO PABON,
JUAN CARLOS PABON,

                      Defendants.
-----------------------------------------------------------------X

Civil Action No.: CV-12 4188

HURLEY, U.S.D.J.
SHIELDS, U.S.M.J.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the above captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Islandia, New York
       September 17, 2015

FRANK & ASSOCIATES, P.C.

By: _____
NEIL M. FRANK
Attorneys for the Plaintiff.
500 Bi-County Blvd., Suite 465
Farmingdale, New York 11735
(631) 756-0400

LAW OFFICES OF
ANDREW PRESBERG, P.C.

By: _____
KEVIN J FOREMAN
Attorneys for the Defendants
100 Corporate Plaza, Suite B102
Islandia, New York 11749
(631) 232-4444

Dated: Central Islip, New York
September ___, 2015

**SO ORDERED:**

_____
U.S.D.J